IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Renee Lobato , Plaintiff

v.

HCSA - Theodore Walh ),

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2020

JEFFREY P. COLWELL
CLERK

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Renee Lobato 180 County Rd. 232 Durango Colo 81303
(Name and complete mailing address)

970-317-8836  rolobato@live.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: HCSOT - Theodore Wahl 3220
(Name and complete mailing address)
Tillman Drive, Suite 300
(Telephone number and e-mail address if known)
Bensalem, PA. 19020

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

wage and hour complaint / unpaid wages / meal & rest breaks / unlawfull termination / pattern of wage & hour violations / not good for the patients of this facility

[X] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_.

If Defendant 1 is an individual, Defendant 1 is a citizen of _United States_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _Colorado_ (name of state or foreign nation).

Defendant 1 has its principal place of business in _Colorado_ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Wage theft

Supporting facts: I was being called in by my supervisor to work double shifts, my last pay check should have been a tottal of $1,800.00. I was never able to recover my last pay check. I did write a demand for payment witch the other party failed to respond. This is an ongoing practice of this company and it put an immediate hardship for me & my kids I almost lost our home our car and everythin else. It also put a hardship on the patients of this facility.

4

CLAIM TWO: Vacation pay

Supporting facts:
During my 5 years of working for this company I worked for and earned 3+ weeks of vacation time that I was never able to take or get compinsated for.

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I am asking for 3x's my paycheck plus any liquidated money for the emotional distress this put onto myself & my children.

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Renee Robato_
(Plaintiff's signature)

_3/11/2020_
(Date)

(Revised December 2017)

I hereby certify that a copy of the foregoing pleading/document was mailed to
Ted Wahl (defendant(s) or counsel for defendant(s))
at _____ (address) on Feb. 6th, 2020.

_Renee Robert_
Plaintiff's Original Signature

When you have completed the complaint and all of the necessary forms as described in these instructions, the completed complaint and forms should be mailed or hand delivered to the Clerk of the United States District Court whose name and address are:

Jeffrey P. Colwell, Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

If you have any questions or seek additional information, please contact the office of the Clerk of the Court at 303/844-3433. The court's business hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday.

(Rev 8/24/15)                                4

Renee Lobato
180 County Rd. 233
Durango, Co. 81303

NEOPOST
FIRST-CLASS MAIL
$001.20⁰
05/08/2020 ZIP 81303
042M14850752
US POSTAGE

U.S. Federal District Court Colorado
Jeffrey P. Caldwell / Clerk
901 19th St. Room A105
Denver, Colo. 80294-3589